**David D. BARAJAS, Respondent**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, et al., Appellants.**

**No. WD 66463.**

Missouri Court of Appeals, Western District.

June 29, 2007.

Stephen D. Hawke, Esq., Jefferson City, MO, for Appellant.

David Barajas, Respondent, pro se.

Before HARDWICK, P.J., ULRICH and NEWTON, JJ.

## ORDER

PER CURIAM.

The Circuit Court of Cole County granted a writ of mandamus directing the Missouri Department of Corrections (MDOC) and the Missouri Board of Probation and Parole (MBPP) to calculate David Barajas's minimum prison term without counting his first 120–day shock incarceration as a prior commitment, pursuant to Section 559.115.7, RSMO Cum.Supp.2006. MDOC and MBPP appeal. Because the circuit court properly applied the law, we affirm the judgment.

We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value. AFFIRMED. **Rule 84.16(b).**

Before BRECKENRIDGE, P.J., LOWENSTEIN and HOLLIGER, JJ.